IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re ROBERT PATRICK KASER

No. C 15-4208 MEJ  (PR)

**ORDER OF DISMISSAL**

Pursuant to Plaintiff's notice of voluntary dismissal (Docket No. 5), this case is DISMISSED without prejudice.  See Fed. R. Civ. P. 41(a)(1).

The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: October 6, 2015

Maria-Elena James
United States Magistrate Judge